An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

DENISE CROCKETTS,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 65610

**FILED**

JUN 1 2 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY ___S. Young___
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This appeal was initiated by the filing of a proper person notice of appeal. Eighth Judicial District Court, Clark County; Michelle Leavitt, Judge.

In her notice of appeal, appellant stated that she was appealing to the Ninth Circuit of the United States Court of Appeals. Appellant's notice of appeal was improperly filed in state court. Because appellant failed to designate an appealable order, we

ORDER this appeal DISMISSED.

_Pickering_, J.
Pickering

_Parraguirre_, J.
Parraguirre

_Saitta_, J.
Saitta

SUPREME COURT
OF
NEVADA

(O) 1947A

14-19367

cc: Hon. Michelle Leavitt, District Judge
Denise Crocketts
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A